IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-559-CR




SISTO QUIROZ, JR.,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 0915159, HONORABLE TOM BLACKWELL, JUDGE PRESIDING


 





PER CURIAM

 Counsel for appellant and the State have filed motions to permanently abate this
appeal because of the death of appellant. Tex. R. App. P. 9(b). The motions are supported by
an affidavit from an employee of the Department of Criminal Justice, Institutional Division.

 The motions are granted. The appeal is permanently abated.


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Permanently Abated

Filed: February 17, 1992

[Do Not Publish]